SEALED    FILED

SEP 04 2018

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
       DEPUTY CLERK

1  McGREGOR W. SCOTT
   United States Attorney
2  MIRIAM R. HINMAN
   MATTHEW M. YELOVICH
3  Assistant United States Attorneys
   501 I Street, Suite 10-100
4  Sacramento, CA 95814
   Telephone: (916) 554-2700
5  Facsimile: (916) 554-2900

6
   Attorneys for Plaintiff
7  United States of America

8
                    IN THE UNITED STATES DISTRICT COURT
9
                       EASTERN DISTRICT OF CALIFORNIA
10

11  UNITED STATES OF AMERICA,              CASE NO. 2:18-MJ-0170 KJN

12                 Plaintiff,
                                           [PROPOSED] ORDER RE: REQUEST TO SEAL
13          v.                             DOCUMENTS

14  ADAM ATARI,                            UNDER SEAL

15                 Defendant.

16

17                              **SEALING ORDER**

18      Upon application of the United States of America and good cause having been shown,

19      IT IS HEREBY ORDERED that the criminal complaint, affidavit underlying the criminal

20  complaint, arrest warrant, and this Order in the above-entitled proceeding shall be filed and kept under

21  seal until further order of the Court.

22

23  Dated: Sept 1, 2018                    _____
                                           Hon. Kendall J. Newman
24                                         U.S. MAGISTRATE JUDGE

SEALING ORDER                              1